UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SANDRA OLTMANN,
Natural Parent on behalf of
R.O., a minor

    Plaintiff,

v.

Case No. 2:17-cv-514
Chief Judge Edmund A. Sargus, Jr.
Magistrate Judge Elizabeth Preston Deavers

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on July 26, 2018. (ECF No. 27.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation.

For the reasons set forth in the Magistrate Judge's thorough Report and Recommendation, the Court **REVERSES** the Commissioner of Social Security's nondisability finding and **REMANDS** this case to the Commissioner and the ALJ under Sentence Four of 42 U.S.C. § 405(g) for further consideration consistent with the Report and Recommendation (ECF No. 27.)

**IT IS SO ORDERED.**

8-14-2018
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE